IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JADE TRADING, LLC, by and through ROBERT W. ERVIN AND LAURA KAVANAUGH ERVIN on behalf of ERVIN CAPITAL, LLC, Partners Other Than the Tax Matters Partner, | § | |
| Plaintiffs, | § | NO. 03-2164T |
| v. | § | |
| UNITED STATES OF AMERICA, by and through its agent, the INTERNAL REVENUE SERVICE, | § | JUDGE MARY ELLEN COSTER WILLIAMS |
| Defendant. | § | |

**PLAINTIFFS' PROPOSED FINDINGS OF UNCONTROVERTED FACTS RELATING TO FIRST MOTION FOR PARTIAL SUMMARY JUDGMENT (RELATING TO INVALIDITY OF TREAS. REG. § 1.701-2)**

The Motion turns entirely upon a question of law and no fact is material. The following foundational facts are offered to set the ripeness of the issue in context.

1. Jade Trading, LLC ("Jade") was formed on September 17, 1999 as a limited liability company under Delaware law. Del. Sec. of State Certification of Formation.

2. On or about March 23, 2000, Jade filed a United States Partnership Return (Form 1065) for the taxable year 1999. On Schedule B of its 1999 Form 1065, Jade indicated that it was subject to the unified partnership audit and litigation procedures of Code sections 6221 through 6233 Bergmann Aff. ¶ 9, Ex. 3.

3. As such, Jade treated itself as a partnership for federal tax purposes. Bergmann Aff. ¶ 9.

4. The Internal Revenue Service has also treated and continues to treat Jade as a partnership for federal tax purposes in a number of respects. Ans. ¶¶ 3-5; Bergmann Aff. ¶ 10.

5. The IRS issued a "Notice of Beginning of [Partnership] Administrative Proceeding" to Jade pursuant to the unified audit and litigation partnership procedures. Bergmann Aff. ¶ 10.

6. On or about April 15, 2003, the IRS issued Jade the Notice of Final Partnership Administrative Adjustment ("FPAA") upon which this case is based. The IRS issued that FPAA based on Jade's status as a partnership for federal tax purposes. Compl. ¶ 2, Ex. A and B (FPAA); Ans. ¶ 2.

7. In that FPAA, the IRS further recognized Jade's status as a partnership for federal tax purposes in at least two respects:

a. The FPAA asserts "Partnership Adjustments" increasing partnership income to $22,401.

b. The FPAA also asserts "Partnership Adjustments" allowing partnership deductions in the amount of $11,273. Compl. ¶ 2, Ex. A and B; Ans. ¶ 2.

8. Nonetheless, the IRS disregards Jade's partnership status in four of the FPAA's five substantive explanations based on Treas. Reg. § 1.701-2. Compl. ¶ 2, Ex. A and B; Ans. ¶ 2.

Respectfully submitted,

DAVID D. AUGHTRY
Georgia Bar No. 028010

LINDA S. PAINE By express permission D Aughtry
Texas Bar No. 15414000

Chamberlain, Hrdlicka, White,
Williams & Martin
191 Peachtree Street, N.E., Ninth Floor
Atlanta, Georgia 30303
Telephone: (404) 659-1410
Facsimile: (404) 659-1852

COUNSEL FOR PLAINTIFFS

Dated: December 18, 2003

154562.3
002871-000000:12/16/2003

# Delaware

The First State



I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "JADE TRADING, LLC" IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE FIRST DAY OF DECEMBER, A.D. 2003.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "JADE TRADING, LLC" WAS FORMED ON THE TWENTY-FIRST DAY OF SEPTEMBER, A.D. 1999.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL TAXES HAVE BEEN PAID TO DATE.

Harriet Smith Windsor

Harriet Smith Windsor, Secretary of State

3099864 8300

030767268

AUTHENTICATION: 2778877

DATE: 12-01-03

JADE TRADING, LLC 13-4079142

SCHEDULE K OTHER INCOME (LOSS) STATEMENT 1

| D RIPTION | AMOUNT |
|---|---|
| NONPORTFOLIO SHORT-TERM CAPITAL GAIN (LOSS) | 334. |
| INTEREST INCOME | 2,153. |
| WITHDRAWAL FEES | 19,914. |
| ORDINARY LOSS FROM SEC. 988 TRANSACTIONS | -314,416. |
| TOTAL TO SCHEDULE K, LINE 7 | -292,015. |

SCHEDULE K OTHER DEDUCTIONS STATEMENT 2

| DESCRIPTION | AMOUNT |
|---|---|
| OPERATING EXPENSES | 11,273. |
| TOTAL TO SCHEDULE K, LINE 11 | 11,273. |

SCHEDULE L OTHER INVESTMENTS STATEMENT 3

| DE RIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| SECURITIES OWNED, AT FAIR VALUE | | 2,580,243. |
| TOTAL TO SCHEDULE L, LINE 8 | | 2,580,243. |

SCHEDULE L OTHER CURRENT LIABILITIES STATEMENT 4

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| ACCRUED EXPENSES | | 8,250. |
| TOTAL TO SCHEDULE L, LINE 17 | | 8,250. |

JADE TRADING, LLC 13-4079142

SCHEDULE L OTHER LIABILITIES STATEMENT 5

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| SECURITIES SOLD BUT NOT YET PURCHASED, AT FAIR VALUE | | 2,542,837. |
| TOTAL TO SCHEDULE L, LINE 20 | | 2,542,837. |

FORM 1065 PARTNERS' CAPITAL ACCOUNT SUMMARY STATEMENT 6

| PARTNER NUMBER | BEGINNING CAPITAL | CAPITAL CONTRIBUTED | SCHEDULE M-2 LNS 3, 4 & 7 | WITH-DRAWALS | ENDING CAPITAL |
|---|---|---|---|---|---|
| 1 | 0. | 58,000. | -11,687. | | 46,313. |
| 2 | 0. | 236,918. | -104,158. | 132,760. | 0. |
| 3 | 0. | 236,918. | -104,158. | 132,760. | 0. |
| 4 | 0. | 236,918. | -104,159. | 132,759. | 0. |
| 5 | 0. | 3,000. | 11,505. | | 14,505. |
| TOTAL | 0. | 771,754. | -312,657. | 398,279. | 60,818. |

JADE TRADING, LLC 13-4079142

SCHEDULE M-1 EXPENSES RECORDED ON BOOKS NOT DEDUCTED IN RETURN STATEMENT 7

| DESCRIPTION | AMOUNT |
| --- | --- |
| ORGANIZATIONAL COSTS CAPITALIZED FOR TAX PURPOSES | 5,296. |
| NET UNREALIZED LOSS FROM FROM SECURITIES | 4,073. |
| TOTAL TO SCHEDULE M-1, LINE 4 | 9,369. |

**SCHEDULE K-1 (Form 1065)**
Department of the Treasury
Internal Revenue Service

**Partner's Share of Income, Credits, Deductions, etc.**
For calendar year 1999 or tax year
beginning SEP 21, 1999, and ending DEC 31 1999

OMB No. 1545-0099
**1999**

Partner's identifying number ▶

Partnership's identifying number ▶ 13-4079142

Partner's name, address, and ZIP code
BANQUE SAFRA - LUXEMBOURG
/O JEAN-LUC COLLOT
.0A BLVD JOSEPH II, B.P. 887
L-2018 LUXEMBOURG

Partnership's name, address, and ZIP code
JADE TRADING, LLC
546 5TH AVENUE, 19TH FLOOR
NEW YORK, NY 10036

A This partner is a [ ] general partner [ ] limited partner [X] limited liability company member
B What type of entity is this partner? ▶ CORPORATION
C Is this partner a [ ] domestic or a [X] foreign partner?

D Enter partner's percentage of:

| | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | VARIOUS% | VARIOUS% |
| Loss sharing | VARIOUS% | VARIOUS% |
| Ownership of capital | VARIOUS% | VARIOUS% |

E IRS Center where partnership filed return: HOLTSVILLE, NY

F Partner's share of liabilities:
Nonrecourse $
Qualified nonrecourse financing $
Other $ 0.

G Tax shelter registration number ▶
H Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) [ ]
I Check applicable boxes: (1) [ ] Final K-1 (2) [ ] Amended K-1

J **Analysis of partner's capital account:**

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| 0. | 58,000. | -11,687. | ( ) | 46,313. |

| | | (a) Distributive share item | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary income (loss) from trade or business activities | 0. | See page 6 of Partner's instructions for Schedule K-1 (Form 1065) |
| | 2 | Net income (loss) from rental real estate activities | | |
| | 3 | Net income (loss) from other rental activities | | |
| | 4 | Portfolio income (loss): a Interest | | Sch. B, Part I, line 1 |
| | b | Ordinary dividends | | Sch. B, Part II, line 5 |
| | c | Royalties | | Sch. E, Part I, line 4 |
| | d | Net short-term capital gain (loss) | | Sch. D, line 5, col. (f) |
| | e | Net long-term capital gain (loss): (1) 28% rate gain (loss) | | Sch. D, line 12, col. (g) |
| | | (2) Total for year | | Sch. D, line 12, col. (f) |
| | f | Other portfolio income (loss) (attach schedule) | | Enter on applicable lines of your return |
| | 5 | Guaranteed payments to partner | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 6 | Net sec. 1231 gain (loss) (other than casualty or theft) | | |
| | 7 | Other income (loss) (attach schedule) SEE STATEMENT | -7,305. | Enter on applicable line of your return |
| Deductions | 8 | Charitable contributions (attach schedule) | | Sch. A, line 15 or 16 |
| | 9 | Section 179 expense deduction | | See pages 7 and 8 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 10 | Deductions related to portfolio income (attach schedule) | | |
| | 11 | Other deductions (attach schedule) SEE STATEMENT | 882. | |
| Credits, Investment Interest & S.E. | 13 | Other credits | | (Enter on applicable lines of your return) |
| | 14a | Interest expense on investment debts | | Form 4952, line 1 |
| | b(1) | Investment income included on lines 4a, 4b, 4c, and 4f above | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | (2) | Investment expenses included on line 10 above | | |
| | 15a | Net earnings (loss) from self-employment | | Sch. SE, Section A or B |
| | b | Gross farming or fishing income | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | c | Gross nonfarm income | | |
| Adjustments and Tax Preference | 16a | Depreciation adjustment on property placed in service after 1986 | | See Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251 |
| | b | Adjusted gain or loss | | |
| | e | Other adjustments and tax preference items (attach schedule) | | |
| Other | 19 | Tax-exempt interest income | | Form 1040, line 8b |
| | 20 | Other tax-exempt income | | See pages 9 and 10 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 21 | Nondeductible expenses | | |
| | 22 | Distributions of money (cash and marketable securities) | | |
| | 23 | Distributions of property other than money | | |

JWA **For Paperwork Reduction Act Notice, see Form 1065 Instructions.**

**No Information Required for Page 2 Schedule K-1 (Form 1065) 1999**

911191
05-15-99

15070323 784380 1016.9 1999.04202 JADE TRADING, LLC 1016_9_1

JADE TRADING, LLC

13-4079142

SCHEDULE K-1 OTHER INCOME (LOSS)

| D RIPTION | AMOUNT | PARTNER INSTRUCTIONS |
|---|---|---|
| INTEREST INCOME | 304. | SEE FOOTNOTES |
| WITHDRAWAL FEES | 8,700. | |
| ORDINARY LOSS FROM SEC. 988 TRANSACTIONS | -16,334. | |
| NONPORTFOLIO SHORT-TERM CAPITAL GAIN (LOSS) | 25. | ENTER ON APPLICABLE LINE OF YOUR RETURN |
| TOTAL TO SCHEDULE K-1, LINE 7 | -7,305. | |

SCHEDULE K-1 OTHER DEDUCTIONS

| DESCRIPTION | AMOUNT | PARTNER INSTRUCTIONS |
|---|---|---|
| OPERATING EXPENSES | 882. | SEE FOOTNOTES |
| TOTAL TO SCHEDULE K-1, LINE 11 | 882. | |

FOOTNOTES

WITH THE EXCEPTION OF PARTNERS THAT MATERIALLY PARTICIPATE IN THIS PARTNERSHIP, THE AMOUNTS SHOWN ON LINES 7 AND 11 OF YOUR K-1 ARE FROM "PROPERTY HELD FOR INVESTMENT" FOR INVESTMENT INTEREST EXPENSE LIMITATION PURPOSES.

THE AMOUNTS SHOWN ON LINES 7 AND 11 OF YOUR K-1 ARE NEITHER PASSIVE NOR PORTFOLIO. TAXPAYERS WHO ARE INDIVIDUALS SHOULD REPORT ALL AMOUNTS OTHER THAN CAPITAL GAINS(LOSSES) ON FORM 1040, SCHEDULE E, PART II AS NONPASSIVE INCOME(LOSS). CAPITAL GAINS(LOSSES) INCLUDED ON LINE 7 OF YOUR K-1 SHOULD BE REPORTED ON SCHEDULE D OF YOUR RETURN.

THE PARTNERSHIP'S ONLY BUSINESS ACTIVITY IS TRADING SECURITIES FOR ITS OWN ACCOUNT. FOREIGN PARTNERS SHOULD CONSULT THEIR OWN TAX ADVISORS TO DETERMINE THE EXTENT, IF ANY, TO WHICH AMOUNTS SHOWN ON THIS SCHEDULE K-1 ARE REQUIRED TO BE REPORTED ON A U.S. INCOME TAX RETURN.

JADE TRADING, LLC

13-4079142

SCHEDULE K-1 COLUMN C RECONCILIATION

| D RIPTION | AMOUNT |
|---|---|
| OTHER INCOME (LOSS) | -7,305. |
| OTHER DEDUCTIONS | -882. |
| ORGANIZATIONAL COSTS CAPITALIZED FOR TAX PURPOSES | -398. |
| NET UNREALIZED LOSS FROM FROM SECURITIES | -3,102. |
| TOTAL TO SCHEDULE K-1, ITEM J, COLUMN C | -11,687. |

JADE TRADING, LLC 13-4079142

SCHEDULE K-1 OTHER INCOME (LOSS)

| DESCRIPTION | AMOUNT | PARTNER INSTRUCTIONS |
|---|---|---|
| INTEREST INCOME | 597. | SEE FOOTNOTES |
| ORDINARY LOSS FROM SEC. 988 TRANSACTIONS | -99,787. | |
| NONPORTFOLIO SHORT-TERM CAPITAL GAIN (LOSS) | 103. | ENTER ON APPLICABLE LINE OF YOUR RETURN |
| TOTAL TO SCHEDULE K-1, LINE 7 | -99,087. | |

SCHEDULE K-1 OTHER DEDUCTIONS

| DESCRIPTION | AMOUNT | PARTNER INSTRUCTIONS |
|---|---|---|
| OPERATING EXPENSES | 3,445. | SEE FOOTNOTES |
| TOTAL TO SCHEDULE K-1, LINE 11 | 3,445. | |

FOOTNOTES

WITH THE EXCEPTION OF PARTNERS THAT MATERIALLY PARTICIPATE IN THIS PARTNERSHIP, THE AMOUNTS SHOWN ON LINES 7 AND 11 OF YOUR K-1 ARE FROM "PROPERTY HELD FOR INVESTMENT" FOR INVESTMENT INTEREST EXPENSE LIMITATION PURPOSES.

THE AMOUNTS SHOWN ON LINES 7 AND 11 OF YOUR K-1 ARE NEITHER PASSIVE NOR PORTFOLIO. TAXPAYERS WHO ARE INDIVIDUALS SHOULD REPORT ALL AMOUNTS OTHER THAN CAPITAL GAINS(LOSSES) ON FORM 1040, SCHEDULE E, PART II AS NONPASSIVE INCOME(LOSS). CAPITAL GAINS(LOSSES) INCLUDED ON LINE 7 OF YOUR K-1 SHOULD BE REPORTED ON SCHEDULE D OF YOUR RETURN.

THE PARTNERSHIP'S ONLY BUSINESS ACTIVITY IS TRADING SECURITIES FOR ITS OWN ACCOUNT. FOREIGN PARTNERS SHOULD CONSULT THEIR OWN TAX ADVISORS TO DETERMINE THE EXTENT, IF ANY, TO WHICH AMOUNTS SHOWN ON THIS SCHEDULE K-1 ARE REQUIRED TO BE REPORTED ON A U.S. INCOME TAX RETURN.

JADE TRADING, LLC 13-4079142

SCHEDULE K-1 COLUMN C RECONCILIATION

| D RIPTION | AMOUNT |
| --- | --- |
| OTHER INCOME (LOSS) | -99,087. |
| OTHER DEDUCTIONS | -3,445. |
| ORGANIZATIONAL COSTS CAPITALIZED FOR TAX PURPOSES | -1,626. |
| TOTAL TO SCHEDULE K-1, ITEM J, COLUMN C | -104,158. |

**SCHEDULE K-1 (Form 1065)**
Department of the Treasury
Internal Revenue Service

# Partner's Share of Income, Credits, Deductions, etc.

For calendar year 1999 or tax year beginning SEP 21, 1999, and ending DEC 31, 1999

OMB No. 1545-0099

**1999**

Partner's identifying number ▶ 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

Partnership's identifying number ▶ 13-4079142

Partner's name, address, and ZIP code

ERVIN HOLDINGS, LLC
TTN: GARY ERVIN
50 PRYOR BLVD, PO BOX 409
STURGIS, KY 42459

Partnership's name, address, and ZIP code

JADE TRADING, LLC
546 5TH AVENUE, 19TH FLOOR
NEW YORK, NY 10036

A This partner is a [ ] general partner [ ] limited partner [X] limited liability company member

B What type of entity is this partner? ▶ LIM. LIAB. CO.

C Is this partner a [X] domestic or a [ ] foreign partner?

D Enter partner's percentage of:

| | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | VARIOUS% | VARIOUS% |
| Loss sharing | VARIOUS% | VARIOUS% |
| Ownership of capital | VARIOUS% | VARIOUS% |

E IRS Center where partnership filed return: HOLTSVILLE, NY

F Partner's share of liabilities:
Nonrecourse $
Qualified nonrecourse financing $
Other $ 0.

G Tax shelter registration number ▶

H Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) [ ]

I Check applicable boxes: (1) [X] Final K-1 (2) [ ] Amended K-1

J Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| 0. | 236,918. | -104,158. | ( 132,760. ) | 0. |

| | | (a) Distributive share item | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary income (loss) from trade or business activities | 0. | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 2 | Net income (loss) from rental real estate activities | | |
| | 3 | Net income (loss) from other rental activities | | |
| | 4 | Portfolio income (loss): a Interest | | Sch. B, Part I, line 1 |
| | b | Ordinary dividends | | Sch. B, Part II, line 5 |
| | c | Royalties | | Sch. E, Part I, line 4 |
| | d | Net short-term capital gain (loss) | | Sch. D, line 5, col. (f) |
| | e | Net long-term capital gain (loss): (1) 28% rate gain (loss) | | Sch. D, line 12, col. (g) |
| | | (2) Total for year | | Sch. D, line 12, col. (f) |
| | f | Other portfolio income (loss) (attach schedule) | | Enter on applicable lines of your return |
| | 5 | Guaranteed payments to partner | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 6 | Net sec. 1231 gain (loss) (other than casualty or theft) | | |
| | 7 | Other income (loss) (attach schedule) SEE STATEMENT | -99,087. | Enter on applicable line of your return |
| Deductions | 8 | Charitable contributions (attach schedule) | | Sch. A, line 15 or 16 |
| | 9 | Section 179 expense deduction | | See pages 7 and 8 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 10 | Deductions related to portfolio income (attach schedule) | | |
| | 11 | Other deductions (attach schedule) SEE STATEMENT | 3,445. | |
| Credits, Investment Interest & S.E. | 13 | Other credits | | (Enter on applicable lines of your return) |
| | 14 a | Interest expense on investment debts | | Form 4952, line 1 |
| | b | (1) Investment income included on lines 4a, 4b, 4c, and 4f above | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | | (2) Investment expenses included on line 10 above | | |
| | 15 a | Net earnings (loss) from self-employment | | Sch. SE, Section A or B |
| | b | Gross farming or fishing income | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | c | Gross nonfarm income | | |
| Adjustments and Tax Preference | 16 a | Depreciation adjustment on property placed in service after 1986 | | See Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251 |
| | b | Adjusted gain or loss | | |
| | e | Other adjustments and tax preference items (attach schedule) | | |
| Other | 19 | Tax-exempt interest income | | Form 1040, line 8b |
| | 20 | Other tax-exempt income | | See pages 9 and 10 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 21 | Nondeductible expenses | | |
| | 22 | Distributions of money (cash and marketable securities) | 132,760. | |
| | 23 | Distributions of property other than money | | |

JWA For Paperwork Reduction Act Notice, see Form 1065 Instructions.

No Information Required for Page 2 Schedule K-1 (Form 1065) 1999

911161
05-15-99

JADE TRADING, LLC 13-4079142

SCHEDULE K-1 OTHER INCOME (LOSS)

| D ·RIPTION | AMOUNT | PARTNER INSTRUCTIONS |
|---|---|---|
| INTEREST INCOME | 597. | SEE FOOTNOTES |
| ORDINARY LOSS FROM SEC. 988 TRANSACTIONS | -99,787. | |
| NONPORTFOLIO SHORT-TERM CAPITAL GAIN (LOSS) | 103. | ENTER ON APPLICABLE LINE OF YOUR RETURN |
| TOTAL TO SCHEDULE K-1, LINE 7 | -99,087. | |

SCHEDULE K-1 OTHER DEDUCTIONS

| DESCRIPTION | AMOUNT | PARTNER INSTRUCTIONS |
|---|---|---|
| OPERATING EXPENSES | 3,445. | SEE FOOTNOTES |
| TOTAL TO SCHEDULE K-1, LINE 11 | 3,445. | |

FOOTNOTES

WITH THE EXCEPTION OF PARTNERS THAT MATERIALLY PARTICIPATE IN THIS PARTNERSHIP, THE AMOUNTS SHOWN ON LINES 7 AND 11 OF YOUR K-1 ARE FROM "PROPERTY HELD FOR INVESTMENT" FOR INVESTMENT INTEREST EXPENSE LIMITATION PURPOSES.

THE AMOUNTS SHOWN ON LINES 7 AND 11 OF YOUR K-1 ARE NEITHER PASSIVE NOR PORTFOLIO. TAXPAYERS WHO ARE INDIVIDUALS SHOULD REPORT ALL AMOUNTS OTHER THAN CAPITAL GAINS(LOSSES) ON FORM 1040, SCHEDULE E, PART II AS NONPASSIVE INCOME(LOSS). CAPITAL GAINS(LOSSES) INCLUDED ON LINE 7 OF YOUR K-1 SHOULD BE REPORTED ON SCHEDULE D OF YOUR RETURN.

THE PARTNERSHIP'S ONLY BUSINESS ACTIVITY IS TRADING SECURITIES FOR ITS OWN ACCOUNT. FOREIGN PARTNERS SHOULD CONSULT THEIR OWN TAX ADVISORS TO DETERMINE THE EXTENT, IF ANY, TO WHICH AMOUNTS SHOWN ON THIS SCHEDULE K-1 ARE REQUIRED TO BE REPORTED ON A U.S. INCOME TAX RETURN.

JADE TRADING, LLC 13-4079142

SCHEDULE K-1 COLUMN C RECONCILIATION

| D 'RIPTION | AMOUNT |
| --- | --- |
| OTHER INCOME (LOSS) | -99,087. |
| OTHER DEDUCTIONS | -3,445. |
| ORGANIZATIONAL COSTS CAPITALIZED FOR TAX PURPOSES | -1,626. |
| TOTAL TO SCHEDULE K-1, ITEM J, COLUMN C | -104,158. |

**SCHEDULE K-1 (Form 1065)**
Department of the Treasury
Internal Revenue Service

**Partner's Share of Income, Credits, Deductions, etc.**

For calendar year 1999 or tax year beginning SEP 21, 1999, and ending DEC 31 1999

OMB No. 1545-0099

**1999**

**Partner's identifying number** ▶ 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

**Partnership's identifying number** ▶ 13-4079142

Partner's name, address, and ZIP code

ERVIN INVESTMENTS, LLC
TTN: TIMOTHY WHITE ERVIN
50 PRYOR BLVD, PO BOX 409
STURGIS, KY 42459

Partnership's name, address, and ZIP code

JADE TRADING, LLC
546 5TH AVENUE, 19TH FLOOR
NEW YORK, NY 10036

A This partner is a [ ] general partner [ ] limited partner [X] limited liability company member

B What type of entity is this partner? ▶ LIM. LIAB. CO.

C Is this partner a [X] domestic or a [ ] foreign partner?

D Enter partner's percentage of:

| | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | VARIOUS% | VARIOUS% |
| Loss sharing | VARIOUS% | VARIOUS% |
| Ownership of capital | VARIOUS% | VARIOUS% |

E IRS Center where partnership filed return: HOLTSVILLE, NY

F Partner's share of liabilities:
Nonrecourse $
Qualified nonrecourse financing $
Other $ 0.

G Tax shelter registration number ▶

H Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) [ ]

I Check applicable boxes: (1) [X] Final K-1 (2) [ ] Amended K-1

J **Analysis of partner's capital account:**

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| 0. | 236,918. | -104,159. | ( 132,759. ) | 0. |

| | | (a) Distributive share item | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary income (loss) from trade or business activities | 0. | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 2 | Net income (loss) from rental real estate activities | | |
| | 3 | Net income (loss) from other rental activities | | |
| | 4 | Portfolio income (loss): a Interest | | Sch. B, Part I, line 1 |
| | b | Ordinary dividends | | Sch. B, Part II, line 5 |
| | c | Royalties | | Sch. E, Part I, line 4 |
| | d | Net short-term capital gain (loss) | | Sch. D, line 5, col. (f) |
| | e | Net long-term capital gain (loss): (1) 28% rate gain (loss) | | Sch. D, line 12, col. (g) |
| | | (2) Total for year | | Sch. D, line 12, col. (f) |
| | f | Other portfolio income (loss) (attach schedule) | | Enter on applicable lines of your return |
| | 5 | Guaranteed payments to partner | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 6 | Net sec. 1231 gain (loss) (other than casualty or theft) | | |
| | 7 | Other income (loss) (attach schedule) SEE STATEMENT | -99,088. | Enter on applicable line of your return |
| Deductions | 8 | Charitable contributions (attach schedule) | | Sch. A, line 15 or 16 |
| | 9 | Section 179 expense deduction | | See pages 7 and 8 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 10 | Deductions related to portfolio income (attach schedule) | | |
| | 11 | Other deductions (attach schedule) SEE STATEMENT | 3,445. | |
| Credits, Investment Interest & S.E. | 13 | Other credits | | (Enter on applicable lines of your return) |
| | 14 a | Interest expense on investment debts | | Form 4952, line 1 |
| | b | (1) Investment income included on lines 4a, 4b, 4c, and 4f above | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | | (2) Investment expenses included on line 10 above | | |
| | 15 a | Net earnings (loss) from self-employment | | Sch. SE, Section A or B |
| | b | Gross farming or fishing income | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | c | Gross nonfarm income | | |
| Adjustments and Tax Preference | 16 a | Depreciation adjustment on property placed in service after 1986 | | See Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251 |
| | b | Adjusted gain or loss | | |
| | e | Other adjustments and tax preference items (attach schedule) | | |
| Other | 19 | Tax-exempt interest income | | Form 1040, line 8b |
| | 20 | Other tax-exempt income | | See pages 9 and 10 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 21 | Nondeductible expenses | | |
| | 22 | Distributions of money (cash and marketable securities) | | |
| | 23 | Distributions of property other than money | 132,759. | |

LHA **For Paperwork Reduction Act Notice, see Form 1065 Instructions.**

**No Information Required for Page 2 Schedule K-1 (Form 1065) 1999**

911161
05-15-99

15070323 784380 1016.9 1999.04202 JADE TRADING, LLC 1016_9_1

4

JADE TRADING, LLC 13-4079142

SCHEDULE K-1 OTHER INCOME (LOSS)

| DESCRIPTION | AMOUNT | PARTNER INSTRUCTIONS |
| --- | --- | --- |
| INTEREST INCOME | 598. | SEE FOOTNOTES |
| ORDINARY LOSS FROM SEC. 988 TRANSACTIONS | -99,788. | |
| NONPORTFOLIO SHORT-TERM CAPITAL GAIN (LOSS) | 102. | ENTER ON APPLICABLE LINE OF YOUR RETURN |
| TOTAL TO SCHEDULE K-1, LINE 7 | -99,088. | |

SCHEDULE K-1 OTHER DEDUCTIONS

| DESCRIPTION | AMOUNT | PARTNER INSTRUCTIONS |
| --- | --- | --- |
| OPERATING EXPENSES | 3,445. | SEE FOOTNOTES |
| TOTAL TO SCHEDULE K-1, LINE 11 | 3,445. | |

FOOTNOTES

WITH THE EXCEPTION OF PARTNERS THAT MATERIALLY PARTICIPATE IN THIS PARTNERSHIP, THE AMOUNTS SHOWN ON LINES 7 AND 11 OF YOUR K-1 ARE FROM "PROPERTY HELD FOR INVESTMENT" FOR INVESTMENT INTEREST EXPENSE LIMITATION PURPOSES.

THE AMOUNTS SHOWN ON LINES 7 AND 11 OF YOUR K-1 ARE NEITHER PASSIVE NOR PORTFOLIO. TAXPAYERS WHO ARE INDIVIDUALS SHOULD REPORT ALL AMOUNTS OTHER THAN CAPITAL GAINS(LOSSES) ON FORM 1040, SCHEDULE E, PART II AS NONPASSIVE INCOME(LOSS). CAPITAL GAINS(LOSSES) INCLUDED ON LINE 7 OF YOUR K-1 SHOULD BE REPORTED ON SCHEDULE D OF YOUR RETURN.

THE PARTNERSHIP'S ONLY BUSINESS ACTIVITY IS TRADING SECURITIES FOR ITS OWN ACCOUNT. FOREIGN PARTNERS SHOULD CONSULT THEIR OWN TAX ADVISORS TO DETERMINE THE EXTENT, IF ANY, TO WHICH AMOUNTS SHOWN ON THIS SCHEDULE K-1 ARE REQUIRED TO BE REPORTED ON A U.S. INCOME TAX RETURN.

JADE TRADING, LLC 13-4079142

SCHEDULE K-1 COLUMN C RECONCILIATION

| D RIPTION | AMOUNT |
| --- | --- |
| OTHER INCOME (LOSS) | -99,088. |
| OTHER DEDUCTIONS | -3,445. |
| ORGANIZATIONAL COSTS CAPITALIZED FOR TAX PURPOSES | -1,626. |
| TOTAL TO SCHEDULE K-1, ITEM J, COLUMN C | -104,159. |

**SCHEDULE K-1 (Form 1065)**
Department of the Treasury
Internal Revenue Service

**Partner's Share of Income, Credits, Deductions, etc.**

For calendar year 1999 or tax year beginning SEP 21, 1999, and ending DEC 31, 1999

OMB No. 1545-0099

**1999**

**Partner's identifying number** ▶ 13-3939116

**Partnership's identifying number** ▶ 13-4079142

Partner's name, address, and ZIP code

ENTINEL ADVISORS, LLC
.46 5TH AVE, 19TH FLOOR
NEW YORK, NY 10036

Partnership's name, address, and ZIP code

JADE TRADING, LLC
546 5TH AVENUE, 19TH FLOOR
NEW YORK, NY 10036

A This partner is a [ ] general partner [ ] limited partner [X] limited liability company member

B What type of entity is this partner? ▶ LIM. LIAB. CO.

C Is this partner a [X] domestic or a [ ] foreign partner?

D Enter partner's percentage of:

| | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | VARIOUS% | VARIOUS% |
| Loss sharing | VARIOUS% | VARIOUS% |
| Ownership of capital | VARIOUS% | VARIOUS% |

E IRS Center where partnership filed return: HOLTSVILLE, NY

F Partner's share of liabilities:
Nonrecourse $
Qualified nonrecourse financing $
Other $ 0.

G Tax shelter registration number ▶

H Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) [ ]

I Check applicable boxes: (1) [ ] Final K-1 (2) [ ] Amended K-1

J **Analysis of partner's capital account:**

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| 0. | 3,000. | 11,505. | ( ) | 14,505. |

| | | (a) Distributive share item | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary income (loss) from trade or business activities | 0. | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 2 | Net income (loss) from rental real estate activities | | |
| | 3 | Net income (loss) from other rental activities | | |
| | 4 | Portfolio income (loss): a Interest | | Sch. B, Part I, line 1 |
| | b | Ordinary dividends | | Sch. B, Part II, line 5 |
| | c | Royalties | | Sch. E, Part I, line 4 |
| | d | Net short-term capital gain (loss) | | Sch. D, line 5, col. (f) |
| | e | Net long-term capital gain (loss): (1) 28% rate gain (loss) | | Sch. D, line 12, col. (g) |
| | | (2) Total for year | | Sch. D, line 12, col. (f) |
| | f | Other portfolio income (loss) (attach schedule) | | Enter on applicable lines of your return |
| | 5 | Guaranteed payments to partner | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 6 | Net sec. 1231 gain (loss) (other than casualty or theft) | | |
| | 7 | Other income (loss) (attach schedule) SEE STATEMENT | 12,552. | Enter on applicable line of your return |
| Deductions | 8 | Charitable contributions (attach schedule) | | Sch. A, line 15 or 16 |
| | 9 | Section 179 expense deduction | | See pages 7 and 8 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 10 | Deductions related to portfolio income (attach schedule) | | |
| | 11 | Other deductions (attach schedule) SEE STATEMENT | 56. | |
| Credits, Investment Interest & S.E. | 13 | Other credits | | (Enter on applicable lines of your return) |
| | 14 a | Interest expense on investment debts | | Form 4952, line 1 |
| | b | (1) Investment income included on lines 4a, 4b, 4c, and 4f above | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | | (2) Investment expenses included on line 10 above | | |
| | 15 a | Net earnings (loss) from self-employment | | Sch. SE, Section A or B |
| | b | Gross farming or fishing income | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | c | Gross nonfarm income | | |
| Adjustments and Tax Preference | 16 a | Depreciation adjustment on property placed in service after 1986 | | See Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251 |
| | b | Adjusted gain or loss | | |
| | e | Other adjustments and tax preference items (attach schedule) | | |
| Other | 19 | Tax-exempt interest income | | Form 1040, line 8b |
| | 20 | Other tax-exempt income | | See pages 9 and 10 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 21 | Nondeductible expenses | | |
| | 22 | Distributions of money (cash and marketable securities) | | |
| | 23 | Distributions of property other than money | | |

LHA **For Paperwork Reduction Act Notice, see Form 1065 Instructions.**

**No Information Required for Page 2 Schedule K-1 (Form 1065) 1999**

911161
05-15-99

JADE TRADING, LLC 13-4079142

SCHEDULE K-1 OTHER INCOME (LOSS)

| DESCRIPTION | AMOUNT | PARTNER INSTRUCTIONS |
|---|---|---|
| INTEREST INCOME | 57. | SEE FOOTNOTES |
| WITHDRAWAL FEES | 11,214. | |
| ORDINARY LOSS FROM SEC. 988 TRANSACTIONS | 1,280. | |
| NONPORTFOLIO SHORT-TERM CAPITAL GAIN (LOSS) | 1. | ENTER ON APPLICABLE LINE OF YOUR RETURN |
| TOTAL TO SCHEDULE K-1, LINE 7 | 12,552. | |

SCHEDULE K-1 OTHER DEDUCTIONS

| DESCRIPTION | AMOUNT | PARTNER INSTRUCTIONS |
|---|---|---|
| OPERATING EXPENSES | 56. | SEE FOOTNOTES |
| TOTAL TO SCHEDULE K-1, LINE 11 | 56. | |

FOOTNOTES

WITH THE EXCEPTION OF PARTNERS THAT MATERIALLY PARTICIPATE IN THIS PARTNERSHIP, THE AMOUNTS SHOWN ON LINES 7 AND 11 OF YOUR K-1 ARE FROM "PROPERTY HELD FOR INVESTMENT" FOR INVESTMENT INTEREST EXPENSE LIMITATION PURPOSES.

THE AMOUNTS SHOWN ON LINES 7 AND 11 OF YOUR K-1 ARE NEITHER PASSIVE NOR PORTFOLIO. TAXPAYERS WHO ARE INDIVIDUALS SHOULD REPORT ALL AMOUNTS OTHER THAN CAPITAL GAINS(LOSSES) ON FORM 1040, SCHEDULE E, PART II AS NONPASSIVE INCOME(LOSS). CAPITAL GAINS(LOSSES) INCLUDED ON LINE 7 OF YOUR K-1 SHOULD BE REPORTED ON SCHEDULE D OF YOUR RETURN.

THE PARTNERSHIP'S ONLY BUSINESS ACTIVITY IS TRADING SECURITIES FOR ITS OWN ACCOUNT. FOREIGN PARTNERS SHOULD CONSULT THEIR OWN TAX ADVISORS TO DETERMINE THE EXTENT, IF ANY, TO WHICH AMOUNTS SHOWN ON THIS SCHEDULE K-1 ARE REQUIRED TO BE REPORTED ON A U.S. INCOME TAX RETURN.

JADE TRADING, LLC 13-4079142

SCHEDULE K-1 COLUMN C RECONCILIATION

| D RIPTION | AMOUNT |
|---|---|
| OTHER INCOME (LOSS) | 12,552. |
| OTHER DEDUCTIONS | -56. |
| ORGANIZATIONAL COSTS CAPITALIZED FOR TAX PURPOSES | -20. |
| NET UNREALIZED LOSS FROM FROM SECURITIES | -971. |
| TOTAL TO SCHEDULE K-1, ITEM J, COLUMN C | 11,505. |

2

**SCHEDULE K-1 (Form 1065)**
Department of the Treasury
Internal Revenue Service

**Partner's Share of Income, Credits, Deductions, etc.**
For calendar year 1999 or tax year beginning SEP 21, 1999, and ending DEC 31, 1999

OMB No. 1545-0099
**1999**

Partner's identifying number ▶ 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
Partnership's identifying number ▶ 13-4079142

Partner's name, address, and ZIP code
ERVIN CAPITAL, LLC
ATTN: ROBERT WAYNE ERVIN
450 PRYOR BLVD, PO BOX 409
STURGIS, KY 42459

Partnership's name, address, and ZIP code
JADE TRADING, LLC
546 5TH AVENUE, 19TH FLOOR
NEW YORK, NY 10036

A This partner is a [ ] general partner [ ] limited partner [X] limited liability company member
B What type of entity is this partner? ▶ LIM. LIAB. CO.
C Is this partner a [X] domestic or a [ ] foreign partner?
D Enter partner's percentage of:

| | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | VARIOUS% | VARIOUS% |
| Loss sharing | VARIOUS% | VARIOUS% |
| Ownership of capital | VARIOUS% | VARIOUS% |

E IRS Center where partnership filed return: HOLTSVILLE, NY

F Partner's share of liabilities:
Nonrecourse $
Qualified nonrecourse financing $
Other $ 0.
G Tax shelter registration number ▶
H Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) [ ]
I Check applicable boxes: (1) [X] Final K-1 (2) [ ] Amended K-1

J **Analysis of partner's capital account:**

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| 0. | 236,918. | -104,158. | ( 132,760. ) | 0. |

| Section | | (a) Distributive share item | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary income (loss) from trade or business activities | 0. | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 2 | Net income (loss) from rental real estate activities | | |
| | 3 | Net income (loss) from other rental activities | | |
| | 4 | Portfolio income (loss): a Interest | | Sch. B, Part I, line 1 |
| | b | Ordinary dividends | | Sch. B, Part II, line 5 |
| | c | Royalties | | Sch. E, Part I, line 4 |
| | d | Net short-term capital gain (loss) | | Sch. D, line 5, col. (f) |
| | e | Net long-term capital gain (loss): (1) 28% rate gain (loss) | | Sch. D, line 12, col. (g) |
| | | (2) Total for year | | Sch. D, line 12, col. (f) |
| | f | Other portfolio income (loss) (attach schedule) | | Enter on applicable lines of your return |
| | 5 | Guaranteed payments to partner | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 6 | Net sec. 1231 gain (loss) (other than casualty or theft) | | |
| | 7 | Other income (loss) (attach schedule) SEE STATEMENT | -99,087. | Enter on applicable line of your return |
| Deductions | 8 | Charitable contributions (attach schedule) | | Sch. A, line 15 or 16 |
| | 9 | Section 179 expense deduction | | See pages 7 and 8 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 10 | Deductions related to portfolio income (attach schedule) | | |
| | 11 | Other deductions (attach schedule) SEE STATEMENT | 3,445. | |
| Credits, Investment Interest & S.E. | 13 | Other credits | | (Enter on applicable lines of your return) |
| | 14 a | Interest expense on investment debts | | Form 4952, line 1 |
| | b | (1) Investment income included on lines 4a, 4b, 4c, and 4f above | | See page 8 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | | (2) Investment expenses included on line 10 above | | |
| | 15 a | Net earnings (loss) from self-employment | | Sch. SE, Section A or B |
| | b | Gross farming or fishing income | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | c | Gross nonfarm income | | |
| Adjustments and Tax Preference | 16 a | Depreciation adjustment on property placed in service after 1986 | | See Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251 |
| | b | Adjusted gain or loss | | |
| | e | Other adjustments and tax preference items (attach schedule) | | |
| Other | 19 | Tax-exempt interest income | | Form 1040, line 8b |
| | 20 | Other tax-exempt income | | See pages 9 and 10 of Partner's Instructions for Schedule K-1 (Form 1065) |
| | 21 | Nondeductible expenses | | |
| | 22 | Distributions of money (cash and marketable securities) | | |
| | 23 | Distributions of property other than money | 132,760. | |

JWA **For Paperwork Reduction Act Notice, see Form 1065 Instructions.**
**No Information Required for Page 2 Schedule K-1 (Form 1065) 1999**

911161
05-15-99

15070323 784380 1016.9 1999.04202 JADE TRADING, LLC 1016_9_1

2

# Affidavit of Ari Bergmann

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JADE TRADING, LLC, by and through ROBERT W. ERVIN AND LAURA KAVANAUGH ERVIN on behalf of ERVIN CAPITAL, LLC, Partners Other Than the Tax Matters Partner,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, by and through its agent, the INTERNAL REVENUE SERVICE,<br><br>Defendant. | § § § § § § § § § § § § § § § | NO. 03-2164 T<br><br>Judge Williams |

**AFFIDAVIT BY ARI BERGMANN**

STATE OF NEW YORK )
)
COUNTY OF NASSAU )

BEFORE ME, an officer duly authorized to take acknowledgements and administer oaths, this day personally appeared, **ARI BERGMANN**, who being over the age of eighteen (18) years and having personal knowledge of the facts contained herein, and being first duly sworn on oath, states as follows:

1. My name is Ari Bergmann. I suffer from no legal disabilities, and, as the Senior Managing Member of Sentinel Advisors, LLC ("Sentinel Advisors"), am competent to give this statement.

2. Sentinel Advisors formed Jade Trading, LLC ("Jade") on September 21, 1999, as a Delaware limited liability company. True and correct copies of Jade's Certificate of Formation and Limited Liability Company Agreement are attached as

Exhibits 1 and 2.

3. Sentinel Advisors served as the managing member for Jade from date of incorporation of Jade until December 31, 2002.

4. Sentinel formed Jade as a Delaware limited liability company consistent with the reasons for the formation of other similar investment funds as limited liability companies, including:

a. The limited liability company status provided for centralized management that allowed Sentinel, as the managing member, to make prompt decisions with respect to Jade's investments given the market circumstances.

b. The limited liability company status, as opposed to a limited partnership, allowed Sentinel to serve as the managing member with limited liability.

c. The limited liability company status provided some limited liability protection given the risks of Jade's anticipated investments in foreign currency derivatives, spot positions, and equities.

d. The use of a limited liability company allowed for the pooling of investments into a single entity that could increase the ability to obtain leverage, post collateral and operate with greater efficiency and at lower costs.

5. The Jade Limited Liability Company Agreement also contained provisions similar to those appearing in other limited liability company agreements of investment funds, including:

a. The Jade Limited Liability Company Agreement provided an incentive allocation for Sentinel Advisors to identify profitable investments. Consistent with the investment management industry, Sentinel Advisors was entitled as the

managing member of Jade to 20 percent of the Net Capital Appreciation earned by Jade on its investments.

b. The Jade Limited Liability Company Agreement provided a penalty for the early withdrawal of capital by the members of Jade, creating a disincentive for members to make short term investments in Jade.

6. As of October 6, 1999, Jade consisted of five members following the investments in Jade by Ervin Capital LLC, Ervin Holdings LLC and Ervin Investments LLC, each a limited liability company that I understand to have been and continue to be wholly-owned by plaintiff Robert Ervin, Gary Ervin and Timothy Ervin, respectively (collectively, the Ervins).

7. At all times, the members of Jade shared ownership in Jade's capital. Further, the members of Jade as such generally shared profits and losses in accordance with their capital accounts, subject to the aforementioned incentive allocation to Sentinel Advisors.

8. During Jade's 1999 taxable year, Jade engaged in various activities and transactions, including:

a. entering into enforceable binding option contracts in its own name as a party;

b. maintaining trading accounts in its own name at Salomon Smith Barney;

c. acquiring (by contribution to capital from its members) foreign currency positions in its own name;

d. buying foreign currency positions in its own name;

e. selling foreign currency positions in its own name;

f. acquiring equities in its own name; and

g. carrying on its ordinary financial operations as a business entity.

9. As the managing member, Sentinel Advisors treated Jade as a partnership for federal tax purposes and filed on behalf of Jade a 1999 U.S. Partnership Return (Form 1065) with the Internal Revenue Service. A true and correct copy of that return is attached as Exhibit 3.

10. As the tax matters partner of Jade, Sentinel Advisors received the following from the Internal Revenue Service:

a. A Notice of Beginning of Administrative Proceeding with respect to Jade's 1999 taxable year pursuant to the unified audit and litigation partnership procedures under the TEFRA provisions;

b. Various information document requests with respect to Jade pursuant to the unified audit and litigation partnership procedures under the TEFRA provisions;

c. A Notice of Final Partnership Administrative Adjustment (the "FPAA") with respect to Jade's 1999 taxable year pursuant to the unified audit and litigation partnership procedures under the TEFRA provisions. The FPAA for Jade's 1999 taxable year purported to increase Jade's partnership taxable income, allow Jade's stated partnership deductions, and disregard Jade as a partnership entity.

11. During the period that Sentinel Advisors was the managing member, Jade always maintained a separate bank account and a separate securities account in its own name, engaged in trading and investment activities, and otherwise did business

with unrelated parties, in its own name, and carried on its financial operations as a separate entity, distinct from its members.

12. During its 1999 taxable year, Jade invested in more than 25 trading positions between buys and sells of foreign exchange currencies, foreign exchange options, equities and equity options in varying sizes and structures.

13. During 2000, Jade continued to engage in various investment activities, though on a reduced scale due to the reduction in capital.

14. Jade was formed principally for the purpose of investing substantially all of its assets in securities, including foreign currency derivatives, spot positions, equities, etc.

15. Sentinel Advisors, on behalf of Jade, traded most of Jade's foreign currency positions with AIG International as the counterparty.

16. AIG International (now known as AIG Trading Group, Inc.) is an important market maker for spot trades, forwards and options in both developed and emerging market currencies. AIG International is unrelated to Sentinel Advisors and, to the best of my knowledge, is unrelated to any of the Ervins.

17. The principals at Sentinel Advisors have extensive foreign currency trading experience that was utilized on behalf of Jade during the 1999 taxable year.

18. The Eurodollar (the Euro) was introduced in early 1999 as the new functional currency for members of the European Union who participated in the convergence of European currencies.

19. Like many investment professionals who were closely monitoring the foreign exchange markets during the summer and autumn of 1999, Sentinel Advisors

anticipated the possibility that the Euro would appreciate relative to the U.S. dollar and other currencies.

20. Sentinel Advisors was among those in the investment community who viewed the Euro as a buying opportunity during 1999. While Sentinel Advisors recognized that taking a long position in the Euro was speculative in the sense that it was a relatively new currency and had little trading history, Sentinel Advisors was bullish on the prospect of a rise in the Euro relative to the U.S. dollar.

21. Sentinel Advisors made presentations to Gary Ervin, who was performing due diligence on behalf of the Ervins, to determine whether to engage Sentinel Advisors as an investment advisor to the Ervins. Those presentations generally included historical information and the general trading views of Sentinel Advisors. The meetings between Sentinel Advisors and Gary Ervin also included a presentation based on the hypothetical trading of options in Swiss francs, the currency Sentinel Advisors believed was closely correlated to the Euro prior to its introduction. The Swiss franc parallel analysis indicated that knock-out options over the prior years had the potential of a pay out in roughly one out of five trades and, among the hypothetical profitable trades, the simple arithmetic average approximate return was 14 to 1.

22. Sentinel Advisors told Gary Ervin that the Ervins could potentially obtain returns on the Euro-based knock-out derivative investments of over 30 to 1. Sentinel Advisors also told Gary Ervin that more conventional options offered the potential to double the Ervins' investments.

23. Sentinel Advisors offered other trading strategies consistent with its approach toward the Euro, besides the Euro-based knock-out options, that could provide potential opportunities for the Ervins to profit from their investments in Jade.

24. Shortly after its inception, Jade began investing in positions in the Euro and traded more than 25 foreign currency and equity positions during the 1999 taxable year. However, contrary to Sentinel Advisors' expectations, as well as the expectations of others in the investment community, the Euro continued to decline against the U.S. dollar rather than advancing as anticipated.

25. As the Euro continued its declining trend and capital was deteriorating, Sentinel Advisors, on behalf of Jade, reduced its level of trading in Euros.

26. Sentinel Advisors, as well as other currency traders and analysts, became concerned in late 1999 that the Euro was approaching a cross-over of the threshold of parity with the U.S. dollar. During this period of time, Sentinel Advisors feared that if the Euro fell below parity, a massive wave of sell-offs could occur as investors might give up on the notion of a single-European currency that would challenge the U.S. dollar as the business world's preeminent currency.

27. As the Euro approached parity in December 1999, through their own limited liability companies the Ervins withdrew their capital in Jade. The Euro continued to decline until October 2000 when it bottomed out at approximately 0.8228 to the U.S. dollar.

28. Subsequently, the Euro rebounded as had initially been anticipated by Sentinel Advisors and others within the investment community and hit a high of approximately 1.2275 to the U.S. dollar in December 2003.

Further affiant sayeth not.

ARI BERGMANN

Sworn to and Subscribed
before me this 16 day of
DECEMBER, 2003.

Notary Public

My Commission Expires: FEB 28, 2006
[Notary Seal]

ROBERTA CAPONI
NOTARY PUBLIC, State of New York
No. 4796023
Qualified in Nassau County
Commission Expires Feb. 28, 2006

Docket No. 03-2164T (83 items)

**UNITED STATES COURT OF FEDERAL CLAIMS**

**MEMORANDUM**

TO: JUDGE Williams

FROM: CLERK'S OFFICE

The attached was received on 12-22-03 and the following defect(s) is/are noted:

1. ____ Untimely, due to be filed by ____________ [Rule 7.1]

2. ____ Proof of service: [Rule 5.1]
   ____ is missing; ____ is not signed and/or dated;
   ____ shows service on wrong attorney or of wrong item;
   ____ is not attached to each document or copy

3. ____ Not signed by the attorney of record [Rules 11 and 83.1(c)(2)]

4. ____ Does not comply with the provisions of Rule:

| | | |
|---|---|---|
| ✓ | 5.2(a)(1)(A) | Re: ~~table of contents or~~ index to appendix is missing ~~(or in wrong location)~~ |
| ____ | 5.2(a)(1)(G) | Re: index to appendix is to be located in both the front of the brief and in front of the appendix |
| ____ | 5.2(b) | Re: length of briefs or memorandum |
| ____ | 5.3(c) | Re: binding |
| ____ | 5.3(d) | Re: original/copies missing |
| ____ | 5.3(g) | Re: Judge's name on all filings |
| ____ | 7(b) | Re: brief, supporting memorandum, affidavits shall be attached to motion |
| ____ | 24(c) | Re: motion to be accompanied by a pleading |
| ✓ | 56(h) | Re: proposed findings ~~and/or response to proposed findings~~ is ~~missing or~~ not a separate document |
| ____ | 56.1(b) | Re: statement of facts and/or counter-statement of facts is missing or not a separate document |
| ____ | 77.1(a) | Re: improper use of the night box |
| ____ | 83.1(c)(1) | Re: one attorney for a party; attorney to be an individual not a firm |
| ____ | ____ | Re: ____________ |

5. ____ Original affidavit(s)/declaration(s) is/are missing

6. ____ No provision in the Rules (or court order) for the filing of this item

7. ____ ____________

Debbie

Deputy Clerk