ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

RECEIVED & FILED
MAR 1 2004
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

JADE TRADING, LLC, by and through ROBERT W. ERVIN AND LAURA KAVANAUGH ERVIN on behalf of ERVIN CAPITAL, LLC, Partners Other Than the Tax Matters Partner,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

NO. 03-2164T

JUDGE MARY ELLEN COSTER WILLIAMS

## JOINT STATUS REPORT

In an effort to present the Court with basic information about this case, the parties, through their undersigned attorneys, submit this Joint Status Report, which presents the information which generally would be required by a Joint Preliminary Status Report under Appendix A, Rule 4. Except where noted, counsel are in agreement with respect to the following:

a. Jurisdiction: 28 U.S.C. § 1508 and 26 U.S.C. § 6226(b) are the basis of jurisdiction in this case. ¶4(a)

¶4 b. Consolidation with other cases: This action should not be consolidated with any other case.

¶4 c. Bifurcation: This case should not be bifurcated.

¶ d. Stay pending other cases: Further proceedings in this case should not be deferred pending consideration of any other case.

¶4 e. Remand or suspension: Neither party anticipates seeking remand or suspension.

¶4 f. Other parties: Neither party anticipates the joinder of additional parties.

¶4 g. Dispositive motions: On December 18, 2003, Plaintiffs filed three Motions for Partial Summary Judgment under Rule 56, and suggested that granting all three would dispose of the entire case. On January 9, 2004, Defendant filed a Motion for Relief under Rule 56(f) with respect to all three of Plaintiffs' Motions for Partial Summary Judgment. In its brief (at 10) Defendant stated that it disagrees with Plaintiffs' assertion that granting all three of Plaintiffs' Motions for Partial Summary Judgment would dispose of the case.

¶4 h. Summary of issues: Following the issuance of a notice of final partnership administrative adjustment ("FPAA") to Jade Trading, LLC, Plaintiffs brought this action under 28 U.S.C. § 1508 and 26 U.S.C. § 6226(b) for readjustment of the partnership items. It is Plaintiffs' position that the issues in the case are all partnership items for Jade Trading in 1999, as described in FPAA and the pleadings. It is Defendant's position that the issues are all partnership items for Jade Trading in 1999.

¶4 i. Settlement: No agreed basis for settlement yet has been developed. At present, it is uncertain whether this matter is susceptible of resolution by settlement. No mention of ADR though

¶4 j. Trial: The parties do not request an expedited trial. Plaintiffs hope that its three Motions for Partial Summary Judgment will be granted and that no trial will be required. [redacted] What does Δ's say?

¶4 k. Electronic case management needs: At this time, neither party is aware of any special issues regarding electronic case management needs.

¶4 l. Other information: Counsel for the parties have had an early meeting, in accordance with RCFC, Appendix A, Rule 3. To date, neither party has made initial disclosures pursuant to RCFC 26(a)(1).

Respectfully submitted,

David D. Aughtry LSP w. permission

DAVID D. AUGHTRY
Georgia Bar No. 028010

Linda S. Paine

LINDA S. PAINE
Texas Bar No. 15414000

Chamberlain, Hrdlicka, White,
Williams & Martin
191 Peachtree Street, N.E., Ninth Floor
Atlanta, Georgia 30303
Telephone: (404) 659-1410
Facsimile: (404) 659-1852

COUNSEL FOR PLAINTIFFS

George K. Squires, Attorney of Record
for Defendant
U.S. Department of Justice
Tax Division
Court of Federal Claims
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6587
Facsimile: (202) 514-9440

COUNSEL FOR DEFENDANT

Eileen J. O'Connor
Assistant Attorney General
Mildred L. Seidman
Chief, Court of Federal Claims Section
William K. Drew
Reviewer, Court of Federal Claims
Section

Of Counsel

Dated: March 1, 2004

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **JOINT STATUS REPORT** was sent via first-class mail on this 1st day of March, 2004, addressed to:

Mr. Ari Bergmann
Sentinel Advisors, LLC
68 Carman Avenue
Cedarhurst, New York 11516

Mr. David D. Aughtry
Chamberlain, Hrdlicka, White, Williams & Martin
191 Peachtree Street, N.E., Ninth Floor
Atlanta, Georgia 30303

Ms. Linda S. Paine
Chamberlain, Hrdlicka, White, Williams & Martin
1200 Smith Street, Ste, 1400
Houston, Texas 77002

Katie M. Stevens

0458107.04
002871-000000:2/27/04