ORIGINAL

FILED
AUG 31 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 03-2164 T

(Judge Mary Ellen Coster Williams)

JADE TRADING, LLC, by and through ROBERT W. ERVIN and LAURA KAVANAUGH ERVIN on behalf of ERVIN CAPITAL, LLC, Partners Other Than the Tax Matters Partner,

Plaintiffs

v.

THE UNITED STATES,

Defendant

MOTION FOR LEAVE TO PROVIDE NOTICE

Because the recent filing of plaintiffs' "Reply to Defendant's Supplemental Memorandum on Application of *Coltec* and *Klamath*" may have prompted a question regarding whether the United States intends to make an additional filing, we seek leave to inform the Court of our plans.

Upon review of plaintiffs' "Reply to Defendant's Supplemental Memorandum on Application of *Coltec* and *Klamath*," along with plaintiffs' other recent filings, the United States has determined that it will rest on the briefs it has previously filed, stating only that it again rejects plaintiffs' claims that it has somehow conceded any important issue in this case.

WHEREFORE, the United States urges the Court to allow this motion for leave.

Respectfully submitted,

STUART J. BASSIN
Attorney of Record for Defendant
Department of Justice
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
TELEPHONE (202) 307-6418
FAX (202) 514-9440
E-MAIL: stuart.j.bassin@usdoj.gov

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MATTHEW C. HICKS
Trial Attorney
MICHAEL S. RAUM
Trial Attorney
JENNIFER P. WILSON
Trial Attorney

Of Counsel

August 31, 2006

CERTIFICATE OF SERVICE

I certify that service of the foregoing document has, this 31st day of August 2006, been made on opposing counsel and on the tax matters partner by mailing copies thereof, via overnight mail, to the following addresses:

David D. Aughtry, Esquire
Chamberlain Hrdlicka White
Williams & Martin
191 Peachtree Street, N.E.
Ninth Floor
Atlanta, Georgia 30303

Linda S. Paine, Esquire
Chamberlain Hrdlicka White
Williams & Martin
1200 Smith Street, Ste. 1400
Houston, TX 77002

Sentinel Advisors, LLC
Tax Matters Partner
Jade Trading, LLC
68 Carman Avenue
Cedarhurst, New York 11516

Carl W. Brewer

U. S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044
202-307-6440