**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **JADE TRADING, LLC, by and through ROBERT W. ERVIN AND LAURA KAVANAUGH ERVIN on behalf of ERVIN CAPITAL, LLC, Partners Other Than the Tax Matters Partner,** | ) | |
| **Plaintiffs,** | ) | **NO. 03-2164T** |
| **v.** | ) | **JUDGE MARY ELLEN COSTER WILLIAMS** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**PLAINITIFFS' MOTION FOR LEAVE TO FILE A MEMORANDUM OF AUTHORITY RELATING TO APPLICATION OF THE FINAL *KLAMATH* OPINION**

Pursuant to RCFC Rule 7(b), Plaintiffs respectfully request leave to file the enclosed Memorandum of Authority Relating to Application of the Final Opinion in *Klamath Strategic Inv. Fund, LLC v. United States*, 5:04-CV-278, 2007 WL 283790 (Jan. 31, 2007 E.D.Tex.). That Opinion constitutes one of the most thorough discussions of the four penalties asserted here and deals directly with Defendant's Notice 2000-44 arguments. While dealing with a factually distinct loan, the Opinion also isolates the economic substance elements with a clarity which should aid the Court. The accompanying Memorandum catalogues the principles followed by the United States District Court in that case and provides two sets of comparisons of the *Klamath* factors and the *Jade Trading* facts we hope the Court will find helpful.

Wherefore, Plaintiffs pray that this Court grant their Motion.

Respectfully submitted,

s/ David D. Aughtry
DAVID D. AUGHTRY
Georgia Bar No. 028010

s/ Linda S. Paine
LINDA S. PAINE
Texas Bar No. 15414000

Chamberlain, Hrdlicka, White,
Williams & Martin
191 Peachtree Street, N.E.
Thirty-Fourth Floor
Atlanta, Georgia 30303
Telephone: (404) 659-1410
Facsimile: (404) 659-1852

COUNSEL FOR PLAINTIFFS

246543.2
002871-000001

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2007, I electronically filed the foregoing **PLAINITIFFS' MOTION FOR LEAVE TO FILE A MEMORANDUM OF AUTHORITY RELATING TO APPLICATION OF THE FINAL *KLAMATH* OPINION** to the Clerk of the Court using the CM/ECF System, which will automatically send email notification of such filing to the following attorneys of record:

Stuart J. Bassin, Esq.
U.S. Department of Justice
Tax Division
Court of Federal Claims
555 4th Street, NW, Room 8822
Washington, D.C. 20044

**and via Federal Express addressed to:**

Mr. Ari Bergmann
Sentinel Advisors, LLC
68 Carman Avenue
Cedarhurst, New York 11516

Robert W. Ervin and Laura Kavanaugh
Ervin Capital, LLC
450 Pryor Boulevard, P.O. Box 409
Sturgis, Kentucky 42459

Timothy W. Ervin and Vicki L. Ervin
Ervin Investments, LLC
450 Pryor Boulevard, P.O. Box 409
Sturgis, Kentucky 42459

Gary Ervin and Lisa A. Ervin
Ervin Holdings, LLC
450 Pryor Boulevard, P.O. Box 409
Sturgis, Kentucky 42459

Banque Safra - Luxembourg sa
c/o Michel Priester - Legal Dept.
10A Boulevard Joseph II, B.P. 887
Luxembourg, L-2018

s/ David D. Aughtry
David D. Aughtry