# In the United States Court of Federal Claims

**No. 03-2164T**

**(Filed March 12, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**JADE TRADING, LLC, ET AL. ,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM

On March 8, 2007, Plaintiffs filed a motion for leave to file a memorandum on the application of Klamath Strategic Inv. Fund, LLC, v. United States, No. 04-278, 2007 WL 283790 (E.D.Tex. Jan. 31, 2007) to this action. As grounds for this motion Plaintiffs state that Klamath "constitutes one of the most thorough discussions of the four penalties asserted here and deals directly with Defendant's Notice 2000-44 arguments. . . . loan, the Opinion also isolates the economic substance elements with a clarity which should aid the Court." Pls.' Mot. For Leave at 1. Plaintiffs enclose the subject memorandum with the motion.

Plaintiffs' motion for leave is **GRANTED**, and Plaintiffs' memorandum is accepted for filing this date. Defendant shall file any response by **March 23, 2007**.

S/ Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**