IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 03-2164 T

(Judge Mary Ellen Coster Williams)

JADE TRADING, LLC, by and through ROBERT W. ERVIN
and LAURA KAVANAUGH ERVIN on behalf of ERVIN
CAPITAL, LLC, Partners Other Than the Tax Matters Partner,

Plaintiffs

v.

THE UNITED STATES,

Defendant

NOTICE OF SUPPLEMENTAL AUTHORITY

On August 16, 2007, the Tax Court issued an opinion in *Nussdorf v. Commissioner*, 129 T. C. (No. 5).[1] That opinion addresses the question of whether certain adjustments relating to a purported transfer of option spreads to a partnership constitute "partnership items" as defined in Section 6231(a)(3). The Tax Court generally adopted the position set forth in our post-trial brief (at 38-39) and in our post-trial reply (at 29-31).

[1] The Tax Court case arose out of the Nussdorfs' participation in Evergreen Trading, LLC. A proceeding challenging an FPAA issued to Evergreen is pending in this Court. *Evergreen Trading, LLC v. United States*, Fed. Cl. No. 06-123T (Judge Allegra).

A copy of the Tax Court's opinion is attached.

Respectfully submitted,

s/ Stuart J. Bassin
STUART J. BASSIN
Attorney of Record for Defendant
Department of Justice
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
TELEPHONE (202) 307-6418
FAX (202) 514-9440
E-MAIL: stuart.j.bassin@usdoj.gov

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MATTHEW C. HICKS
Trial Attorney
JENNIFER P. WILSON
Trial Attorney

Of Counsel

August 22, 2007