IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JADE TRADING, LLC, ET AL., Plaintiffs, v. THE UNITED STATES, Defendant. | No. 03-2164T<br>Judge Mary Ellen Coster Williams |

**NOTICE OF CHANGE OF LAW FIRM NAME**

TO: The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE THAT the law firm Dewey Ballantine LLP has changed its name to Dewey & LeBoeuf LLP. The office address, telephone and facsimile numbers remain the same.

Dated: October 1, 2007

Respectfully submitted,

s/ Mark D. Allison

MARK D. ALLISON
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019
Tel: 212-259-8000
Fax: 212-259-6333
Counsel for Sentinel Advisors, LLC