# In the United States Court of Federal Claims

**No. 03-2164 T**

**JADE TRADING, LLC, BY AND THROUGH, ROBERT W. ERVIN AND LAURA KAVANAUGH ERVIN, ON BEHALF OF, ERVIN CAPITAL, LLC, PARTNERS OTHER THAN THE TAX MATTERS PARTNER,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Opinion, filed December 21, 2007,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the petition for readjustment of the partnership items of plaintiff is denied.

Brian Bishop
Clerk of Court

**December 26, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.