IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JADE TRADING, LLC, ET AL., | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 03-2164T |
| v. | ) | Judge Mary Ellen Coster Williams |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION TO CHANGE ATTORNEY OF RECORD**

Sentinel Advisors, LLC, a party pursuant to 26 U.S.C. section 6226(c) and (d), hereby moves pursuant to RCFC 83.1(c)(4) to change the attorney of record for Sentinel Advisors, LLC from Felix B. Laughlin to Mark D. Allison. Both Mr. Allison and Mr. Laughlin are members of the law firm Dewey & LeBoeuf LLP. Mr. Allison is admitted to practice before this Court.

Mr. Laughlin consents to this action.

Dated: December 27, 2007
New York, New York

Respectfully submitted,

s/ Mark D. Allison

MARK D. ALLISON
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: 212-259-6866
Facsimile: 212-259-6301

FELIX B. LAUGHLIN

*Attorneys for Sentinel Advisors, LLC*