IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JADE TRADING, LLC, et al.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 03-2164T<br>Judge Mary Ellen Coster Williams |

SENTINEL ADVISORS, LLC'S MOTION TO PARTICIPATE

Pursuant to Rule 4 of Appendix F of the Rules of the Court of Federal Claims, Sentinel Advisors, LLC ("Sentinel") respectfully files this Motion to Participate. In support of this motion, Sentinel makes the following statement:

1. A complaint was filed in this case by Robert W. Ervin and Laura Kavanaugh Ervin on behalf of Ervin Capital, LLC, pursuant to 26 U.S.C. § 6226(b), to contest the proposed adjustments set forth in the Notice of Final Partnership Administrative Adjustment with respect to Jade Trading, LLC ("Jade Trading") for Jade Trading's 1999 and 2000 taxable years.

2. Sentinel, a partner in and managing member of Jade Trading during Jade Trading's 1999 and 2000 taxable years, is a party to this proceeding under 26 U.S.C. § 6226(c) and (d).

3. Sentinel did not file a motion to participate within the time prescribed by Rule 4(b) of Appendix F, and therefore Sentinel seeks leave of Court to file this motion out of time pursuant to Rule 4(c) of Appendix F.

4. On December 21, 2007, the Court issued an opinion in this proceeding, and on December 26, 2007, judgment was entered for the defendant.

5. The Court's opinion, among other things, determined the applicability of a negligence penalty against the members of Jade Trading based on the actions of Sentinel.

6. Sentinel seeks the Court's permission to participate in this proceeding in order to file a motion for reconsideration under Rule 59 with respect to the Court's determination of the negligence penalty based on the actions of Sentinel.

7. Under Rule 59, a motion for reconsideration must be filed within ten days of entry of judgment.

8. Concurrent with the filing of this Motion to Participate, and in the event that the Court grants such motion, Sentinel Advisors, LLC is also respectfully filing a Motion for Reconsideration pursuant to Rule 59.

9. Counsel for Sentinel has conferred with counsel for the parties. Plaintiff's counsel has stated that they do not object to the filing of this motion; defendant's counsel has stated that they will oppose this motion.

For the foregoing reasons, Sentinel respectfully requests that the Court grant this Motion to Participate.

RESPECTFULLY SUBMITTED.

s/ Mark D. Allison
MARK D. ALLISON
DEWEY & LEBOEUF LLP
Counsel for Sentinel Advisors, LLC
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 259-6866
Facsimile: (212) 259-6333
E-mail: mallison@dl.com

Felix B. Laughlin
John F. Collins

COUNSEL FOR SENTINEL ADVISORS, LLC

January 4, 2008