# In the United States Court of Federal Claims

**No. 03-2164T**
**(Filed: January 4, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * *
*
**JADE TRADING, LLC, by and through, ROBERT W. ERVIN AND LAURA KAVANAUGH ERVIN on behalf of ERVIN CAPITAL, LLC, Partners Other Than the Tax Matters Partner,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

On December 21, 2007, the Court issued its opinion in the above-captioned action and on December 26, 2007, the Clerk of Court entered judgment in this matter.

On January 4, 2008, Sentinel Advisors, LLC filed a Motion to Participate and a Motion for Reconsideration of the Court's decision. The Court requests that the parties respond to both motions by **January 18, 2008**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**