# In the United States Court of Federal Claims

**No. 03-2164T**
**(Filed: January 30, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * *
**JADE TRADING, LLC, by and through, ROBERT W. ERVIN AND LAURA KAVANAUGH ERVIN on behalf of ERVIN CAPITAL, LLC, Partners Other Than the Tax Matters Partner,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * * * * * * * * * * *

---

## SCHEDULING ORDER

---

On January 4, 2008, Sentinel Advisors, LLC (Sentinel) -- the tax matters partner and managing member of Jade Trading, LLC -- filed a motion to participate in this action in order to file a motion for reconsideration. Plaintiffs consented to the motion, but Defendant opposed the motion. Briefing was completed on January 25, 2008, and oral argument was held on January 29, 2008. This order confirms rulings issued orally following argument.

1. Sentinel's Motion to Participate is **GRANTED** for the limited purpose of pursuing a motion for reconsideration.

2. Sentinel's Motion for Reconsideration is accepted by the Court as filed nunc pro tunc.

3. Plaintiffs and Defendant are granted leave to respond to Sentinel's Motion for Reconsideration. Responses are due by **February 15, 2008**.

4. Replies from Sentinel and the parties are due by **March 3, 2008.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**