# In the United States Court of Federal Claims

**No. 03-2164T**
**(Filed: February 15, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * *
**JADE TRADING, LLC, by and through, ROBERT W. ERVIN AND LAURA KAVANAUGH ERVIN on behalf of ERVIN CAPITAL, LLC, Partners Other Than the Tax Matters Partner,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER SCHEDULING ORAL ARGUMENT

Oral argument on Sentinel Advisors, LLC's Motion for Reconsideration is scheduled for **March 12, 2008 at 10:00 a.m. EST**, at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C. The courtroom designated will be posted on the bulletin board in the lobby of the courthouse. The proceedings will be transcribed.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**