**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **JADE TRADING, LLC, LLC, by and through ROBERT W. ERVIN AND LAURA KAVANAUGH ERVIN on behalf of ERVIN CAPITAL, LLC, Partners Other Than the Tax Matters Partner,** | |
| **Plaintiffs,** | **NO. 03-2164T** |
| v. | **JUDGE MARY ELLEN COSTER WILLIAMS** |
| **THE UNITED STATES,** | |
| **Defendant.** | |

---

**RESPONSE TO MOTION FOR RECONSIDERATION**
**FILED BY SENTINEL ADVISORS, LLC**

---

On behalf of Ervin Capital, LLC, we offer only three thoughts. One, to state the obvious as a foundational matter, all agree that the question presented by Sentinel's Motion is mind-boggling. Little to no authority exists regarding the relevance of Sentinel's activities to penalties on items that the IRS drawn partnership return never asked Sentinel to answer. Two, we agree with the view expressed in the last conference call that any comment in the Opinion relating to negligence on Sentinel's part is not essential to the holding and serious consideration should be given to striking that passage. In addition to the point made by Mr. Bassin regarding the 40 percent penalty under 26 U.S.C. § 6662(e) rendering the 20 percent penalty academic, the substantial understatement component of the 20 percent penalty further reduces the comment relating to Sentinel's negligence to something on the order of a declaratory judgment. Three, while the Ervins are comforted by the Court's findings relating to their reliance upon their longtime trusted advisors and are anxious to obtain a final ruling from the Court on their reasonable cause, they recognize that the Court has ruled as a matter of law that their reasonable

cause must be considered in a partner-level refund proceeding based on a regulation. We believe that no real purpose would be served by asking the Court to revisit the validity of that regulation. That issue is being pressed in a number of trial courts and needs to be resolved by the various courts of appeal.[1] For that reason, we do not ask the Court to reconsider the Ervins' situation as part of this proceeding. Subject to receiving and reviewing Defendant's Response, we have no further thoughts at this stage.

Respectfully submitted,

s/ David D. Aughtry
DAVID D. AUGHTRY
Georgia Bar No. 028010

Chamberlain, Hrdlicka, White,
Williams & Martin
191 Peachtree Street, N.E.
Thirty-Fourth Floor
Atlanta, Georgia 30303
Telephone: (404) 659-1410
Facsimile: (404) 659-1852

COUNSEL FOR PLAINTIFFS

273727.1
002871-000001:2/14/2008

[1] We do wish to advise the Court and the parties that we are studying the question of when a notice of appeal must be filed and intend to avoid any doubt surrounding the timeliness of that notice.

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2008, I electronically filed the foregoing **RESPONSE TO MOTION FOR RECONSIDERATION FILED BY SENTINEL ADVISORS, LLC** to the Clerk of the Court using the CM/ECF System, which will automatically send email notification of such filing to the following attorneys of record:

Stuart J. Bassin, Esq.
U.S. Department of Justice
Tax Division
Court of Federal Claims
555 4th Street, NW, Room 8822
Washington, D.C. 20044

**and via Federal Express addressed to:**

Mark D. Allison, Esq.
Dewey & Leboeuf LLP
1301 Avenue of the Americas
New York, New York 10019-6092

Mr. Ari Bergmann
Sentinel Advisors, LLC
68 Carman Avenue
Cedarhurst, New York 11516

Robert W. Ervin and Laura Kavanaugh
Ervin Capital, LLC
450 Pryor Boulevard, P.O. Box 409
Sturgis, Kentucky 42459

Timothy W. Ervin and Vicki L. Ervin
Ervin Investments, LLC
450 Pryor Boulevard, P.O. Box 409
Sturgis, Kentucky 42459

Gary Ervin and Lisa A. Ervin
Ervin Holdings, LLC
450 Pryor Boulevard, P.O. Box 409
Sturgis, Kentucky 42459

Banque Safra - Luxembourg sa
c/o Michel Priester - Legal Dept.
10A Boulevard Joseph II, B.P. 887
Luxembourg, L-2018

s/ David D. Aughtry
David D. Aughtry