#067906

ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
FEB 25 2008
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **JADE TRADING, LLC, by and through ROBERT W. ERVIN AND LAURA KAVANAUGH ERVIN on behalf of ERVIN CAPITAL, LLC, Partners Other Than the Tax Matters Partner,** | § | |
| **Plaintiffs,** | § | **NO. 03-2164T** |
| **v.** | § | |
| **THE UNITED STATES,** | § | |
| **Defendant.** | § | |

## NOTICE OF APPEAL

Notice is hereby given that **JADE TRADING, LLC, by and through ROBERT W. ERVIN AND LAURA KAVANAUGH ERVIN on behalf of ERVIN CAPITAL, LLC, Partners Other Than the Tax Matters Partner,** Plaintiffs in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the Judgment by the Court of Federal Claims entered in this action on December 26, 2007.

Respectfully submitted,

DAVID D. AUGHTRY
Georgia Bar No. 028010

s/Linda S. Paine
LINDA S. PAINE
Texas Bar No. 15414000

s/Nicholas F. Kory

NICOLAS F. KORY
Georgia Bar No. 428559

CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & MARTIN
191 Peachtree Street, N.E.
Thirty-Fourth Floor
Atlanta, Georgia 30303
Telephone: (404) 659-1410
Facsimile: (404) 659-1852

COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **NOTICE OF APPEAL** was sent via Federal Express on this 22nd day of February, 2008 addressed to:

Stuart J. Bassin, Esq.
U.S. Department of Justice, Tax Division
Court of Federal Claims
555 4th Street, NW, Room 8822
Washington, D.C. 20044

Mark D. Allison, Esq.
Dewey & LeBoeuf, LLP
1301 Avenue of the Americas
New York, New York 10019

**and via regular U.S. mail addressed to:**

Mr. Ari Bergmann
Sentinel Advisors, LLC
68 Carman Avenue
Cedarhurst, New York 11516

Robert W. Ervin and Laura Kavanaugh
Ervin Capital, LLC
450 Pryor Boulevard, P.O. Box 409
Sturgis, Kentucky 42459

Timothy W. Ervin and Vicki L. Ervin
Ervin Investments, LLC
450 Pryor Boulevard, P.O. Box 409
Sturgis, Kentucky 42459

Gary Ervin and Lisa A. Ervin
Ervin Holdings, LLC
450 Pryor Boulevard, P.O. Box 409
Sturgis, Kentucky 42459

Banque Safra - Luxembourg sa
c/o Michel Priester - Legal Dept.
10A Boulevard Joseph II, B.P. 887
Luxembourg, L-2018

David D. Aughtry