# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ORIGINAL

RECEIVED
MAR 4 2008
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

## NOTICE OF DOCKETING

**2008-5045 - JADE TRADING V US**

**Date of docketing**: 02/26/2008

**Appeal from**: United States Court of Federal Claims case no. 03-CV-2164

**Appellant**(s): Ervin Capital, LLC, Jade Trading, LLC, Laura Kavanaugh Ervin and Robert W. Ervin

**Critical dates include:**

- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 30 days of the date of docketing.*) See the en banc order dated September 18, 2006. [Counsel can download a copy of the order and guidelines at www.cafc.uscourts.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**

- Official caption to all.
- Docketing Statement. (Only in cases where all parties are represented by counsel.)
- Rules of Practice to pro se parties. [Counsel can download the rules from www.cafc.uscourts.gov or call 202.633.6550.]
- Entry of appearance form to all.
- Informal brief form to pro se parties.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US Court of Federal Claims
Stuart J. Bassin
David D. Aughtry

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2008-5045

JADE TRADING, LLC, by and through,
ROBERT W. ERVIN and LAURA KAVANAUGH ERVIN
on behalf of ERVIN CAPITAL, LLC, Partners Other
Than the Tax Matters Partner,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 03-CV-2164,
Judge Mary Ellen Coster Williams.

Authorized Abbreviated Caption[2]

JADE TRADING v US, 2008-5045

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).

[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.